FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2753-W |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) |
| ANTONIO TORRES-HERNANDEZ, | |
| Defendant. | |

On or about July 30, 2008, within the Southern District of California, defendant ANTONIO TORRES-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: 8/14/08 .

KAREN P. HEWITT
United States Attorney

*signature*

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:8/12/08